HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EDMONDS SEACREST HOMEOWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE & CASUALTY COMPANY, an Illinois Company; and DOE INSURANCE COMPANIES 1–10,<br><br>Defendants. | No. 2:17-cv-00833-MJP<br><br>**ORDER CONTINUING DEADLINE TO COMPLETE DISCOVERY** |

Based on the parties' stipulated motion, the parties' request to continue the discovery deadline from June 18, 2018 to June 20, 2018, in order to complete depositions in this matter, is hereby GRANTED.

DATED this 22nd day of May, 2018.

_____
Marsha J. Pechman
United States District Judge

Presented by:

STEIN, SUDWEEKS & HOUSER, PLLC

*s/ Justin D. Sudweeks* _____
Justin D. Sudweeks, WSBA #28755
Jessica Burns, WSBA #49852
2701 First Ave., Suite 430
Seattle, WA 98121
Phone: (206) 388-0660
Email: justin@condodefects.com;
      jessica@condodefects.com
***Attorneys for Plaintiff***

Approved as to Form; Notice of Presentation waived:

REED MCCLURE

*s/ Justin D. Sudweeks, WSBA #28755 for*
*Michael S. Rogers per email authorization 5/18/18*
Michael S. Rogers, WSBA #16423
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161
Telephone: (206) 292-4900
Email: mrogers@rmlaw.com
***Attorneys for Defendant State Farm & Casualty Company***