HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EDMONDS SEACREST HOMEOWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE & CASUALTY COMPANY, an Illinois corporation; and DOE INSURANCE COMPANIES 1-10, Defendants,<br><br>Defendants. | NO. 2:17-cv-833-MJP<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL |

Pursuant to F.R.C.P. 41(a)(1) and LR 10(g), the parties stipulate that all claims against State Farm Fire & Casualty Company shall be dismissed with prejudice without fees or costs awarded to either party. The parties request that the case be closed.

///

///

///

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL – 1

DATED this 21st day of June, 2018.

By *s/ Michael S. Rogers*
Michael S. Rogers, WSBA 16423
Reed McClure
Attorneys for Defendant State Farm
1215 Fourth Avenue, Suite 1700
Seattle WA 98161-1087
206.292.4900 – Phone
206.223.0152 – Fax
mrogers@rmlaw.com

By *s/ Justin D. Sudweeks*
Justin D. Sudweeks, WSBA 28755
Daniel Housesr, WSBA 32327
Jessica Burns, WSBA 49852
Stein, Sudweeks & Houser PLLC
Attorneys for Plaintiff
2701 First Avenue, Suite 430
Seattle WA 98121
206.388.0660 – Phone
206.286.2660 – Fax
dstein@condodefects.com

IT IS SO ORDERED.

DONE this 21st day of June, 2018.

*[signature]*

Marsha J. Pechman
United States District Judge